**Order entered April 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01492-CV

**DAMION ELLIS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF KAYON ANTHONY ELLIS, DECEASED, Appellant**

**V.**

**LINDA DELWOOD, M.D., SOUTH TEXAS DENTAL ASSOCIATES, INC., D/B/A SOUTH TEXAS DENTAL CLINIC, BRANDON DAHL, DDS, AND RUSSEL TAKASHI CHOY, DDS, AND PARK CENTAL SURGICAL CENTER, LTD., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05739**

## ORDER

The reporter's record in this accelerated appeal is past due. By postcard dated December 27, 2018, we notified the Official Court Reporter for the 134th Judicial District Court that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated March 20, 2019, we notified Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, that the reporter's record was overdue and ordered her to, within ten days, file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant had not paid for or made arrangements to pay for the reporter's record. To date, Ms. Dobbins has failed to comply with the Court's order.

Accordingly, we **ORDER** Vielica Dobbins to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification he has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.* See Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Dobbins that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Dobbins comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Bridgett N. Whitmore
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE